Robert Auchter (Pro Hac Vice)
**MCKOOL SMITH P.C.**
1999 K Street NW, Suite 600
Washington, D.C. 20006
Telephone: (202) 370-8300
Facsimile: (202) 370-8344
rauchter@mckoolsmith.com

*Attorney for Plaintiffs*
*ChriMar Systems Inc. d/b/a CMS Technologies and*
*ChriMar Holding Company, LLC.*

Robert J. Walters (Pro Hac Vice)
Charles J. Hawkins (Pro Hac Vice)
**MCDERMOTT WILL & EMERY LLP**
500 North Capitol Street, N.W.
Washington, D.C. 20001
Telephone: 202-756-8000
Facsimile: 202-756-8087
rwalters@mwe.com
chawkins@mwe.com

*Attorneys for Defendant*
*Extreme Networks, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ChriMar Systems Inc. d/b/a CMS Technologies and ChriMar Holding Company, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Cisco Systems Inc., Cisco Consumer Products LLC, Cisco-Linksys LLC, Hewlett-Packard Co. and Extreme Networks, Inc.,, <br><br> Defendant. | 3:13-cv-1300-JSW <br><br> **ORDER OF DISMISSAL OF DEFENDANT EXTREME NETWORKS, INC. WITH PREJUDICE** <br><br> Judge: Honorable Jeffrey S. White |

The Court is of the opinion that the Stipulated Dismissal with Prejudice agreed to by ChriMar Systems, Inc., ChriMar Holding Company, LLC (collectively "ChriMar") and Extreme Networks, Inc. should be GRANTED.

IT IS THEREFORE ORDERED that all claims made by ChriMar against Extreme Networks, Inc. and all counterclaims made by Extreme Networks, Inc. against ChriMar are hereby DISMISSED WITH PREJUDICE to the re-filing of same, subject to the terms of the License and Settlement Agreement between the parties. All costs and expenses relating to this litigation (including, but not limited to, attorneys' fees and expert fees and expenses) shall be borne solely by the party incurring the same.

This is a final judgment.

**IT IS SO ORDERED**

Dated: July 30, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE