IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRIMAR SYSTEMS, INC, et al.,

    Plaintiffs,

  v.

CISCO SYSTEMS, INC, et al.,

    Defendants.

                                          /

No. C 13-01300 JSW

**FURTHER ORDER OF REFERRAL**

On June 24, 2013, the Court referred all discovery disputes in this matter to Magistrate Judge James for resolution. The parties recently submitted stipulations extending certain deadlines for document production to Magistrate Judge James for her approval.

The Court HEREBY ISSUES this Order to expand the scope of its discovery referral to include ruling on requests for extension of any deadlines that relate solely to discovery. If a request to extend a discovery deadline will impact any other deadlines set by this Court, for example, any claim construction briefing or deadlines relating to trial and motion hearings, the parties shall submit their request to this Court in the first instance.

**IT IS SO ORDERED.**

Dated: August 21, 2013

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE

cc:     Magistrate Judge James
        Magistrate Referral Clerk