UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIMAR SYSTEMS INC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CISCO SYSTEMS INC, et al.,<br><br>Defendants. | Case No.  13-cv-01300-JSW   (MEJ)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 199 |

On August 12, 2014, the parties filed a joint discovery dispute letter regarding whether ChriMar has properly claimed attorney-client privilege over an e-mail sent by John Austermann, a named inventor of the patent-in-suit, to himself.  Dkt. No. 199.  ChriMar has submitted the e-mail for in camera review, and the Court conducted a telephonic conference on August 19, 2014.  At the conference, the Court informed the parties that the e-mail did not appear to be a privileged communication, but it gave ChriMar the opportunity to submit a declaration from Glenn Forbis showing otherwise by August 22, 2014.  Dkt. No. 204.  ChriMar has now notified the Court that it will not be submitting a declaration from Mr. Forbis.  Dkt. No. 212.  Accordingly, the Court finds that ChriMar has not met its burden of proving the existence of the privilege, and must therefore produce the e-mail to Defendants.

   **IT IS SO ORDERED.**


Dated: August 25, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge