Michael W. De Vries
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendants *Cisco Systems, Inc. and Linksys LLC f/k/a/ Cisco Consumer Products LLC*

Robert Walters
McDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, D.C. 20001
rwalters@mwe.com
T: 202-756-8000
F: 202-756-8087

Attorneys for Defendant *Hewlett-Packard Co.*

ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ChriMar Systems Inc., et al., <br><br> Plaintiff, <br><br> v. <br><br> Cisco Systems Inc., et al., <br><br> Defendants. | Case No. 4:13-cv-01300-JSW <br><br> **STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR:** <br><br> **(1) DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIMS AND** <br><br> **(2) PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIMS** <br><br> **[Civil L.R. 6-1, 6-2]** <br><br> Judge: Honorable Jeffrey S. White |

Pursuant to Civil L.R. 6-1 and 6-2, the parties file this Stipulation respectfully requesting a brief enlargement of time for: (1) the filing deadline for Defendants Cisco Systems, Inc., Linksys LLC, (collectively, "Cisco") and Hewlett-Packard Co.'s ("HP") Opposition to Plaintiffs' Motion to Dismiss Defendants HP and Cisco's Monopolization and Section 17200 Counterclaims and HP's Attempted Monopolization Counterclaim (Dkt. No. 202); and (2) the filing deadline for Plaintiffs ChriMar Systems Inc. d/b/a CMS Technologies and ChriMar Holding Company LLC's (collectively, "ChriMar") Reply to Defendants' Opposition. This request is supported by good cause and will not affect any other deadlines in this case, as further addressed in the attached Declaration of Brian Paul Gearing.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that, subject to the approval of the Court:

1. The filing deadline for Defendants' Opposition to ChriMar's Motion to Dismiss (Dkt. No. 202) shall be extended from August 29, 2014 to September 4, 2014.

2. The filing deadline for ChriMar's Reply to Defendants' Opposition regarding Dkt. No. 202 shall be extended from September 5, 2014 to September 15, 2014.

3. The noticed hearing date and time of September 26, 2014 at 9:00 am for this motion shall not change, and these extensions will not impact any other deadline in the case.

**IT IS SO STIPULATED.**

DATED: August 21, 2014      Respectfully submitted,

By: /s/ Michael W. De Vries

Michael W. De Vries
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Steven Cherny (*Pro Hac Vice*)
James E. Marina (*Pro Hac Vice*)
Brian Paul Gearing (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Stipulation and ~~Proposed~~ Order to Enlarge Time
for Motion to Dismiss Opposition and Reply         2         Case No. 4:13-cv-1300-JSW

| | |
|---|---|
| 1 | *Attorneys for Defendants* |
| | *Cisco Systems Inc. and Linksys LLC f/k/a/* |
| 2 | *Cisco Consumer Products LLC* |
| 3 | McDERMOTT WILL & EMERY LLP |
| 4 | By: /s/ Robert J. Walters |
| 5 | David H. Dolkas (SBN: 111080 ) |
| | Darryl J. Ong (SBN: 286621) |
| 6 | McDERMOTT WILL & EMERY LLP |
| | 275 Middlefield Rd., Suite 100 |
| 7 | Menlo Park, CA 94025 |
| | ddolkas@mwe.com |
| 8 | djong@mwe.com |
| | T: 650-815-7400 |
| 9 | F:650-815-7401 |
| 10 | Robert J. Walters (*Pro Hac Vice*) |
| | Charles J. Hawkins (*Pro Hac Vice*) |
| 11 | Raymond M. Gabriel *(Pro Hac Vice)* |
| | McDERMOTT WILL & EMERY LLP |
| 12 | 500 North Capitol Street, N.W. |
| | Washington, D.C. 20001 |
| 13 | rwalters@mwe.com |
| | chawkins@mwe.com |
| 14 | rgabriel@mwe.com |
| | T: 202-756-8000 |
| 15 | F: 202-756-8087 |
| 16 | *Attorneys for Defendant* |
| | *Hewlett-Packard Co.* |
| 17 | |
| 18 | McKOOL SMITH HENNIGAN |
| 19 | |
| | By: /s/ Brandon Jordan |
| 20 | |
| | Courtland Reichman |
| 21 | McKOOL SMITH HENNIGAN |
| 22 | 255 Shoreline Drive, Suite 510 |
| | Redwood Shores, CA 94065 |
| 23 | Telephone: (650)-394-1045 |
| | Facsimile: (650)-394-1422 |
| 24 | creichman@mckoolsmithhennigan.com |
| 25 | |
| | Robert Auchter (PRO HAC VICE) |
| 26 | Benjamin Levi (PRO HAC VICE) |
| | Dirk Thomas (PRO HAC VICE) |
| 27 | Jeffrey Frey (PRO HAC VICE) |
| | Brandon Jordan (PRO HAC VICE) |
| 28 | Alice Suh (PRO HAC VICE) |

Stipulation and ~~Proposed~~ Order to Enlarge Time for Motion to Dismiss Opposition and Reply     3     Case No. 4:13-cv-1300-JSW

Joshua Morris (PRO HAC VICE)
McKool Smith P.C.
1999 K Street NW, Suite 600
Washington, DC 20006
Telephone: (202) 370-8300
Facsimile: (202) 370-8344
rauchter@mckoolsmith.com
blevi@mckoolsmith.com
dthomas@mckoolsmith.com
jfrey@mckoolsmith.com
bjordan@mckoolsmith.com
asuh@mckoolsmith.com
jmorris@mckoolsmith.com

*Attorneys for Plaintiffs ChriMar Systems Inc. d/b/a CMS Technologies and ChriMar Holding Company, LLC*

Pursuant to the Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of these documents has been obtained from all parties' counsel.

Dated: August 21, 2014

KIRKLAND & ELLIS LLP

*/s/ Michael W. De Vries*

Michael W. De Vries
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Cisco Systems, Inc. and Linksys LLC f/k/a/ Cisco Consumer Products LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1. The filing deadline for Defendants' Opposition to ChriMar's Motion to Dismiss (Dkt. No. 202) shall be extended from August 29, 2014 to September 4, 2014.

2. The filing deadline for ChriMar's Reply to Defendants' Opposition regarding Dkt. No. 202 shall be extended from September 5, 2014 to September 15, 2014.

The hearing is CONTINUED to October 3, 2014.

Dated: __August 26, 2014__    By: _____
Honorable Jeffrey S. White
United States District Court Judge

Stipulation and ~~Proposed~~ Order to Enlarge Time for Motion to Dismiss Opposition and Reply        6        Case No. 4:13-cv-1300-JSW