1  Courtland L. Reichman
   **McKool Smith Hennigan P.C.**
2  255 Shoreline Drive, Suite 510
   Redwood Shores, CA 94065
3  Telephone: (650)-394-1401
   Facsimile: (650)-394-1422
4  creichman@mckoolsmithhennigan.com

5
   Robert Auchter *(PRO HAC VICE)*
6  **McKool Smith P.C.**
   1999 K Street NW, Suite 600
7  Washington, DC 20006
   Telephone: (202) 370-8300
8  Fax: (202) 370-8344
9  rauchter@mckoolsmith.com

10 ADDITIONAL COUNSEL LISTED ON
   SIGNATURE PAGE
11
   *Attorneys for Plaintiffs*
12 *ChriMar Systems Inc. d/b/a CMS Technologies and*
   *ChriMar Holding Company, LLC.*
13

14
15                    **UNITED STATES DISTRICT COURT**
16                    **NORTHERN DISTRICT OF CALIFORNIA**
17                    **OAKLAND DIVISION**

18  ChriMar Systems Inc. et al.,                    Case No. 4:13-cv-1300-JSW

19              Plaintiffs,                          **STIPULATION AND [PROPOSED]**
                                                    **ORDER TO CONTINUE THE HEARING**
20  v.                                              **DATE FOR PLAINTIFF CHRIMAR'S**
                                                    **MOTION TO DISMISS**
21                                                  **COUNTERCLAIMS (DOCKET NO. 202)**
    Cisco Systems Inc., et al.,
22                                                  Judge:     Honorable Jeffrey S. White
                Defendants.                         Magistrate Judge: Maria-Elena James
23

24

25       Pursuant to Civil L.R. 6-1(b), 6-2 and 7-7, the parties hereby jointly stipulate and request

26  that the Court continue the current hearing date on the Motion to Dismiss Defendants HP and

27  Cisco's Monopolization and Section 17200 Counterclaims and HP's Attempted Monopolization

28

Counterclaim (Dkt. No. 202) filed by Plaintiff ChriMar Systems, Inc. d/b/a CMS Technologies and ChriMar Holding Company, LLC's (collectively, "ChriMar" or "Plaintiff"). This request is supported by good cause and will not affect any other deadlines in this case, as addressed in the attached Declaration of Brandon M. Jordan.

WHEREFORE, the parties respectfully stipulate and move that the Court enter this stipulation to continue the hearing date from October 3, 2014 to October 17, 2014, as set forth in the attached proposed order.

Dated: September 2, 2014

Respectfully submitted,

MCKOOL SMITH

By: */s/ Brandon M. Jordan*

Robert Auchter *(PRO HAC VICE)*
Benjamin Levi *(PRO HAC VICE)*
Dirk Thomas *(PRO HAC VICE)*
Jeffrey Frey *(PRO HAC VICE)*
Brandon Jordan *(PRO HAC VICE)*
MCKOOL SMITH P.C.
1999 K Street NW, Suite 600
Washington, DC 20006
Telephone: (202) 370-8300
Fax: (202) 370-8344
rauchter@mckoolsmith.com
blevi@mckoolsmith.com
dthomas@mckoolsmith.com
jfrey@mckoolsmith.com
bjordan@mckoolsmith.com

Courtland Reichman
MCKOOL SMITH HENNIGAN
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650)-394-1045
Facsimile: (650)-394-1422
creichman@mckoolsmithhennigan.com

*Attorney for Plaintiffs ChriMar Systems Inc. d/b/a CMS Technologies and ChriMar Holding Company, LLC*

| | |
|---|---|
| | Respectfully submitted, |
| Dated: September 2, 2014 | By: */s/ Michael W. De Vries* |
| | Michael W. De Vries |
| | KIRKLAND & ELLIS LLP |
| | 333 South Hope Street |
| | Los Angeles, California 90071 |
| | Telephone: (213) 680-8400 |
| | Facsimile: (213) 680-8500 |
| | |
| | Steven Cherny (Pro Hac Vice) |
| | James E. Marina (Pro Hac Vice) |
| | Brian Paul Gearing (Pro Hac Vice) |
| | KIRKLAND & ELLIS LLP |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | |
| | *Attorneys for Defendants* |
| | *Cisco Systems Inc. and Linksys LLC f/k/a/* |
| | *Cisco Consumer Products LLC* |
| Dated: September 2, 2014 | Respectfully submitted, |
| | By: */s/ Charles J. Hawkins* |
| | David H. Dolkas (SBN: 111080 ) |
| | Darryl J. Ong (SBN: 286621) |
| | MCDERMOTT WILL & EMERY LLP |
| | 275 Middlefield Rd., Suite 100 |
| | Menlo Park, CA 94025 |
| | ddolkas@mwe.com |
| | djong@mwe.com |
| | Telephone: 650-815-7400 |
| | Facsimile: 650-815-7401 |
| | |
| | Robert J. Walters *(Pro Hac Vice)* |
| | Charles J. Hawkins *(Pro Hac Vice)* |
| | Raymond M. Gabriel *(Pro Hac Vice)* |
| | MCDERMOTT WILL & EMERY LLP |
| | 500 North Capitol Street, N.W. |
| | Washington, D.C. 20001 |
| | rwalters@mwe.com |
| | chawkins@mwe.com |
| | rgabriel@mwe.com |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING DATE FOR PLAINTIFF CHRIMAR'S MOTION TO DISMISS COUNTERCLAIMS (DOCKET NO. 202)

3

Case No. 4:13-cv-1300-JSW

Telephone: 202-756-8000
Facsimile: 202-756-8087

*Attorneys for Defendant
Hewlett-Packard Co.*

Pursuant to the Civil Local 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for defendants.

Dated: September 2, 2014  MCKOOL SMITH P.C.

*/s/ Brandon M. Jordan*

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING DATE FOR PLAINTIFF CHRIMAR'S MOTION TO DISMISS COUNTERCLAIMS (DOCKET NO. 202)

4

Case No. 4:13-cv-1300-JSW

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ChriMar Systems Inc. et al., <br><br> Plaintiffs, <br><br> v. <br><br> Cisco Systems Inc., et al., <br><br> Defendants. | Case No. 4:13-cv-1300-JSW <br><br> **DECLARATION OF BRANDON M. JORDAN IN SUPPORT OF THE PARTIES' STIPULATION TO CONTINUE THE HEARING DATE FOR PLAINTIFF CHRIMAR'S MOTION TO DISMISS COUNTERCLAIMS (DOCKET NO. 202)** <br><br> Judge: Honorable Jeffrey S. White <br> Magistrate Judge: Maria-Elena James |

## DECLARATION OF BRANDON M. JORDAN

I, Brandon M. Jordan, the undersigned, declare:

1. I am an attorney licensed to practice law in the District of Columbia. I am an attorney with the law firm of McKool Smith, P.C., counsel for Plaintiffs ChriMar Systems Inc. and ChriMar Holding Company LLC ("ChriMar") in the above-captioned action. I have personal knowledge of the matters set forth below and if called and sworn as a witness, I could and would testify competently to the facts set forth herein.

2. The parties believe that there is good cause for the requested continuance as stated in the subsequent paragraphs. The parties have conferred, stipulated, and hereby request that the Court enter their stipulation to continue the hearing date from October 3, 2014, to October 17, 2014.

3. Plaintiff ChriMar's motion to dismiss was originally noticed for a hearing on September 26, 2014. The parties' previously stipulated to enlarge time for Defendants' opposition to Plaintiff's motion to dismiss and to enlarge time for Plaintiff to file its reply (Dkt. No. 211). While the parties' previous stipulation did not seek to alter the originally-noticed

DECLARATION OF BRANDON M. JORDAN IN SUPPORT OF THE PARTIES' STIPULATION TO CONTINUE THE HEARING DATE FOR PLAINTIFF CHRIMAR'S MOTION TO DISMISS COUNTERCLAIMS (DOCKET NO. 202)

Case No. 4:13-cv-1300-JSW

McKool Smith Hennigan
A Professional Corporation • Attorneys
Redwood Shores, California

1  hearing date of September 26, 2014, on August 26, 2014, the Court issued an order granting the
2  stipulated request, but also modifying the hearing date to October 3, 2014. (*See* Docket Text
3  accompanying the Court's Order Granting the parties' stipulation to enlarge time for Defendants
4  to oppose Plaintiff's motion to dismiss and Plaintiffs' reply at Dkt. No. 220).

5      4.    Plaintiffs request this continuance due to a conflict with the October 3, 2014
6  hearing date. Counsel for ChriMar has a hearing scheduled in Louisville, Kentucky on October
7  2, 2014 in another matter which compromises counsel's ability to prepare and secure travel for
8  appearance in California the following morning. I have conferred with counsel for the parties in
9  this matter and confirmed that October 17, 2014 is the next available hearing date that does not
10 conflict with the schedules of the parties' counsel.

11     5.    The Court has previously granted a joint motion to extend the deadline to serve
12 initial disclosures (Dkt. No. 124); Cisco's unopposed motion to extend the deadline for
13 production under Patent L.R. 3-4(a) (Dkt. No. 148); HP's unopposed motion to extend the
14 deadline for production under Patent L.R. 3-4(a) (Dkt. No. 149); a joint stipulation to extend the
15 deadline for the Patent L.R. 4-2 exchange (Dkt. No. 154); and a joint stipulation to extend the
16 briefing schedule of ChriMar's Defendants HP and Cisco's Monopolization and Section 17200
17 Counterclaims and HP's Attempted Monopolization Counterclaim (Dkt. No. 220).

18     6.    The requested continuance will not affect any other deadlines in this case.
19     7.    I declare under penalty of perjury that the foregoing is true and correct.

21 Dated: September 2, 2014                                   Respectfully submitted,

23                                                         */s/ Brandon M. Jordan*
24                                                           Brandon M. Jordan

28 DECLARATION OF BRANDON M. JORDAN IN SUPPORT OF THE PARTIES' STIPULATION TO CONTINUE THE HEARING DATE FOR PLAINTIFF CHRIMAR'S MOTION TO DISMISS COUNTERCLAIMS (DOCKET NO. 202)    2    Case No. 4:13-cv-1300-JSW

McKool Smith Hennigan
A Professional Corporation • Attorneys
Redwood Shores, California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ChriMar Systems Inc. et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>Cisco Systems Inc., et al.,<br><br>        Defendants. | Case No. 4:13-cv-1300-JSW<br><br>**[PROPOSED]** ORDER TO STIPULATION TO CONTINUE THE HEARING DATE FOR PLAINTIFF CHRIMAR'S MOTION TO DISMISS COUNTERCLAIMS (DOCKET NO. 202)<br><br>Judge:    Honorable Jeffrey S. White<br>Magistrate Judge: Maria-Elena James |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Court hereby continues the current hearing date for Plaintiff's Motion to Dismiss Defendants HP and Cisco's Monopolization and Section 17200 Counterclaims and HP's Attempted Monopolization Counterclaim (Dkt. No. 202) from October 3, 2014 to October 17, 2014 at 9:00 a.m. Pacific time.

IT IS SO ORDERED.

Dated: September 3, 2014

_____
Honorable Jeffrey S. White
United States District Court Judge

McKOOL SMITH HENNIGAN
A PROFESSIONAL CORPORATION • ATTORNEYS
REDWOOD SHORES, CALIFORNIA