UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRIMAR SYSTEMS INC, et al.,

    Plaintiffs,

v.

CISCO SYSTEMS INC, et al.,

    Defendants.

Case No. 13-cv-01300-JSW   (MEJ)

**DISCOVERY ORDER**

Re: Dkt. Nos. 207, 208, 217, 218

On September 5, 2014, the Court held a telephonic discovery hearing regarding four pending disputes. As discussed at the hearing, the Court ORDERS as follows:

1) Hexagon and Arbor shall produce all agreed-upon documents by October 3, 2014. At the same time, they shall define the limitations they seek for each individual category of requests made by HP that they dispute.

2) After production, the parties shall meet and confer in person in an attempt to resolve any of the remaining disputed categories. If still unresolved, they shall appear on October 31, 2014 at 9:00 a.m. in Courtroom B, for a further meet and confer session. If still unable to resolve all remaining disputes, the parties shall draft a joint letter at the session in compliance with paragraph 2 of the undersigned's Discovery Standing Order. The parties shall bring any necessary equipment to draft the letter and present it to the Deputy Clerk for electronic filing.

3) Hewlett-Packard shall serve written depositions for Steven Dawson and Udi Naamani regarding the matters that they claim were not covered in the depositions taken in the previous ITC litigation. As discussed at the hearing, counsel for HP should be mindful not to include any duplicative topics covered in the previous litigation.

**IT IS SO ORDERED.**

Dated: September 5, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge