1

2

3

4

5

6                         IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    CHRIMAR SYSTEMS, INC, et al.,

10            Plaintiffs,                          No. C 13-01300 JSW

11    v.                                           **ORDER VACATING HEARING**

12    CISCO SYSTEMS, INC, et al.,

13            Defendants.

                                                /
14

15        Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss which has

16    been noticed for hearing on Friday, October 17, 2014 at 9:00 a.m., is appropriate for decision

17    without oral argument.  Accordingly, the hearing date on this motion is hereby VACATED.

18    The motion to dismiss will be taken under submission and decided on the papers.

19        **IT IS SO ORDERED.**

20

21    Dated: October 15, 2014

22                                                JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

**United States District Court**
For the Northern District of California