UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Chrimar Systems Inc. et al,<br><br>　　　　Plaintiff,<br>v.<br>Cisco Systems Inc. et al,<br><br>　　　　Defendant. | Case No. 4:13-cv-1300-JSW<br><br>**[PROPOSED] ORDER REGARDING LEAVE TO CHRIMAR TO AMEND INFRINGEMENT CONTENTIONS**<br><br>Judge:　　Honorable Jeffrey S. White<br>Magistrate: Honorable Maria-Elena James |

PURSUANT TO STIPULATION BY THE PARTIES, ChriMar is hereby GRANTED LEAVE to serve HP with Amended Infringement Contentions in accordance with the Parties' stipulation. This stipulation renders moot the motion pleadings at Dkt. Nos. 210, 224, and 229 and the motion is accordingly denied as moot without prejudice and the hearing on these motions, currently set for October 23, 2014, is hereby VACATED.

**IT IS SO ORDERED.**

DATED: October 20, 2014

_____
~~Honorable Maria-Elena James~~　Jeffrey S. White
~~United States Magistrate~~ Judge

DM_US 56050471-1.080340.0508

Order Granting Leave to ChriMar to Amend Infringement Contentions　　　　- 1 -　　　　CASE NO. 4:13-CV-1300-JSW