IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRIMAR SYSTEMS, INC, et al.,

    Plaintiffs,

v.

CISCO SYSTEMS, INC, et al.,

    Defendants.

No. C 13-01300 JSW

**ORDER (1) ADOPTING REPORT AND RECOMMENDATION REGARDING MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS AND (2) SETTING DATES**

This matter comes before the Court upon consideration of the Report and Recommendation issued by Magistrate Judge Maria-Elena James, in which she recommends that Plaintiffs' motion for leave to amend infringement contentions be granted. The time for filing objections have passed, and the Court has not received any objections to the Report. The Court finds the Report thorough and well reasoned and HEREBY ADOPTS it in every respect. Accordingly, for the reasons set forth in that Report, the Court GRANTS Plaintiffs' motion for leave to amend infringement contentions.

The Court has considered the parties' joint case management report and ORDERS as follows:

1. The deadline completing some form of alternative dispute resolution is December 18, 2015.
2. The close of fact discovery is December 11, 2015.
3. The deadline for opening expert reports is January 11, 2016.
4. The deadline for rebuttal expert reports is February 1, 2016.
5. The close of expert discovery is March 11, 2016.

6. The last day to hear dispositive motions is May 20, 2016 at 9:00 a.m.

If the parties plan to file cross-motions for summary judgment, the parties shall meet and confer and agree to a briefing schedule whereby:

- one party files an opening summary judgment motion by March 25, 2016
- the other party shall file its opposition and cross-motion by April 8, 2016
- the reply and opposition to the cross-motion is due by April 22, 2016
- the reply in support of the cross-motion is due by April 29, 2016

7. The pretrial conference shall be held on August 1, 2016 at 2:00 p.m. Any motions *in limine* shall be filed in accordance with the procedures set forth in the Court's standing order for trial and the final pretrial conference in civil jury cases.

8. Jury selection shall begin on August 17, 2016 at 8:00 a.m.

9. The trial shall begin on August 22, 2016 at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: June 8, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2