1 | Michael W. De Vries
michael.devries@kirkland.com
2 | KIRKLAND & ELLIS LLP
333 South Hope Street
3 | Los Angeles, California 90071
Telephone: (213) 680-8400
4 | Facsimile: (213) 680-8500

5 | Steven Cherny
steven.cherny@kirkland.com
6 | James E. Marina
james.marina@kirkland.com
7 | Brian Paul Gearing
brian.gearing@kirkland.com
8 | KIRKLAND & ELLIS LLP
601 Lexington Avenue
9 | New York, New York 10022
Telephone: (212) 446-4800
10 | Facsimile: (212) 446-4900

11 | *Attorneys for Cisco Systems, Inc. and
Linksys LLC f/k/a Cisco Consumer Products LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRIMAR SYSTEMS INC., et al., <br><br> Plaintiffs, <br> v. <br><br> CISCO SYSTEMS INC., et al., <br><br> Defendants. | Case No. 4:13-cv-01300-JSW <br><br> DEMAND FOR JURY TRIAL <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that the appearance of Amit Makker of the law firm of Kirkland & |
| 2 | Ellis LLP is hereby withdrawn as counsel of record for Defendants Cisco Systems, Inc. and Linksys |
| 3 | LLC f/k/a Cisco Consumer Products LLC.  Cisco Systems, Inc. and Linksys LLC f/k/a Cisco |
| 4 | Consumer Products LLC continue to be represented by the counsel listed below. |

Dated: August 5, 2015

By:   */s/Michael W. De Vries*

Michael W. De Vries
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California  90071
Telephone:  (213) 680-8400
Facsimile:  (213) 680-8500

Steven Cherny
James E. Marina
Brian Paul Gearing
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

*Attorneys for Cisco Systems, Inc. and
Linksys LLC f/k/a Cisco Consumer Products LLC*