UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRIMAR SYSTEMS INC., et al.,

Plaintiff(s),

v.

CISCO SYSTEMS INC, et al.,

Defendant(s).

Case No: 4:13-cv-01300-JSW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Krishnan Padmanabhan, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Cisco Systems, Inc. in the above-entitled action. My local co-counsel in this case is Alexandra McTague, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166 | Winston & Strawn LLP, 275 Middlefield Rd. Suite 205, Menlo Park, CA 94025 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (212) 294-3564 | (650) 858-6500 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| kpadmanabhan@winston.com | amctague@winston.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4757183.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/15/15

Krishnan Padmanabhan
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Krishnan Padmanabhan is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 16, 2015

Jeffrey S. White
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                                 October 2012