UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRIMAR SYSTEMS INC, et al.,

    Plaintiffs,

  v.

CISCO SYSTEMS INC, et al.,

    Defendants.

Case No. 13-cv-01300-JSW   (MEJ)

**ORDER FOR PLAINTIFFS TO LODGE WITHHELD DOCUMENTS FOR IN CAMERA REVIEW; ORDER FOR PLAINTIFFS TO FILE DECLARATION(S)**

Re: Dkt. No. 287

Having reviewed the parties' joint discovery dispute letter concerning 258 emails John Austermann sent to himself, which Plaintiffs have withheld from production based on claims of attorney-client privilege and/or work-product protection, the Court ORDERS Plaintiff to submit (not file) unredacted copies of the documents to the undersigned's chambers for in camera review by January 11, 2016. Further, for each document, Plaintiffs shall e-file (no chambers copy is required) a declaration from each attorney referenced in their privilege log attesting that (1) Mr. Austermann sought legal advice from him in his capacity as a professional legal adviser; (2) the document contains confidential communications from the attorney to Mr. Austermann relating to that purpose; and (3) either (a) the entire document contains privileged material and should not be produced even in redacted form, or (b) only certain portions of the document contain privileged material. If only certain portions of the documents should be redacted, the declaration(s) shall specify those sections by line number or other means. The declaration(s) must be specific as to each document; a general declaration will not suffice. The declaration(s) shall be filed by January 11, 2016.

**IT IS SO ORDERED.**

Dated: January 4, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge