UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIMAR SYSTEMS INC, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CISCO SYSTEMS INC, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-01300-JSW   (MEJ)<br><br>**ORDER FOR CISCO TO SUBMIT DOCUMENT FOR IN CAMERA REVIEW**<br><br>Re: Dkt. Nos. 299, 300 |

　　　Having reviewed the parties' joint discovery letter regarding whether Cisco has properly withheld a document that it previously identified in the ITC proceeding as "Cisco in camera Exhibit No. 1," the Court finds in camera review of the document appropriate. Accordingly, the Court ORDERS Cisco to submit the document to the undersigned's chambers for in camera review.

　　　**IT IS SO ORDERED.**

Dated: January 11, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge