UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRIMAR SYSTEMS INC, et al.,

    Plaintiffs,

  v.

CISCO SYSTEMS INC, et al.,

    Defendants.

Case No. 13-cv-01300-JSW   (MEJ)

**ORDER RE: FORBIS DECLARATION**

Re: Dkt. No. 287, 289

On January 4, 2016, the Court ordered ChriMar to submit unredacted copies of 258 emails John Austermann sent to himself, which Plaintiffs have withheld from production based on claims of attorney-client privilege. Dkt. No. 289. As part of its order, the Court also ordered to file a declaration from each attorney referenced in their privilege log by January 11, 2016. ChriMar has now responded, but requests additional time to provide a response from Glenn Forbis due to the large volume of material and his pre-existing obligations to other matters. ChriMar states Mr. Forbis is willing and able to perform a thorough document-by-document review with the benefit of additional time, and therefore request leave to submit a Declaration from Mr. Forbis on January 22, 2016. Dkt. No. 306. Good cause appearing, ChriMar's request is GRANTED.

**IT IS SO ORDERED.**

Dated: January 11, 2016

                        MARIA-ELENA JAMES
                        United States Magistrate Judge