UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIMAR SYSTEMS INC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CISCO SYSTEMS INC, et al.,<br><br>    Defendants. | Case No. 13-cv-01300-JSW<br><br>**ORDER REGARDING ADMINISTRATIVE MOTIONS TO SEAL**<br><br>Re: Docket Nos. 293, 316, 322 |

There are several administrative motions to seal pending in this case. (Docket Nos. 293, 316, and 322.) The Court finds that the current responses are too broad to enable the Court to determine why particular page and line cites or deposition testimony should be maintained under seal. Accordingly, the Court ORDERS that any party who seeks to maintain information, which is currently redacted, under seal to file further supplemental responses to the motions by March 1, 2016.

The supplemental responses shall be in table format that in one column shall identify by document, and page and line the material that is currently redacted and in a second column shall set forth the basis on which the material should be sealed. By way of example:

| ChriMar's Motion to Amend, 3:6-12 | The reason this material is sealable is _____. |
|---|---|

The Court notes that, with respect to deposition testimony that is not relied upon by a particular party, the Court will be willing to order that extraneous testimony be redacted.

//

//

//

//

1        As this Court previously stated, with respect to the parties' briefs, citations to the factual

2 record will not be sealed.

3        **IT IS SO ORDERED.**

4 Dated: February 9, 2016

5 P

_____
JEFFREY S. WHITE
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28