# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CHRIMAR SYSTEMS INC., et al.,<br><br>    Plaintiffs,<br>v.<br><br>CISCO SYSTEMS INC., LINKSYS LLC., and HEWLETT-PACKARD CO.,<br><br>    Defendants. | Case No. 4:13-cv-01300-JSW<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE THE HEARING DATE FOR PLAINTIFF CHRIMAR'S MOTION FOR LEAVE TO AMEND ITS ANSWER TO CISCO AND H.P.'S COUNTERCLAIMS (DOCKET NO. 292) AS MODIFIED<br><br>Judge: Honorable Jeffrey S. White<br>Magistrate Judge: Honorable Maria-Elena James |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Court hereby continues the current hearing date for Plaintiff ChriMar's Motion for Leave to Amend Its Answer to Cisco and H.P.'s Counterclaims (Dkt. No. 292) from February 19, 2016 to March 4, 2016, 2016 at 9:00 a.m. Pacific time. If the Court finds the motion suitable for disposition without oral argument, it will advise the parties in advance of the hearing date.

Dated: February 9, 2016

                                               Honorable Jeffrey S. White
                                               United States Judge