UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIMAR SYSTEMS INC, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CISCO SYSTEMS INC, et al.,<br><br>  Defendants. | Case No. 13-cv-01300-JSW<br><br>**ORDER RELIEVING PARTIES OF THE OBLIGATION TO PROVIDE CHAMBERS COPIES OF REDACTED VERSIONS OF DOCUMENTS FILED UNDER SEAL** |

The parties have filed a number of motions to file documents under seal throughout this litigation, and they have complied with their obligations to provide the Court with chambers copies of both the redacted and the un-redacted versions of those documents. In order to reduce the number of chambers copies and the overall volume of paper generated in this case, the Court HEREBY RELIEVES the parties of their obligations to provide chambers copies of redacted materials. Going forward, the parties shall submit a chambers copy of the un-redacted version of any document sought to be filed under seal. If only a portion of the document is to be sealed, the party submitting the document shall highlight the portion to be sealed for the Court.

**IT IS SO ORDERED.**

Dated: April 6, 2016

_____
JEFFREY S. WHITE
United States District Judge