UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRIMAR SYSTEMS INC, et al.,

               Plaintiffs,

     v.

CISCO SYSTEMS INC, et al.,

               Defendants.

Case No.  13-cv-01300-JSW

**ORDER CLARIFYING SUMMARY JUDGMENT PROCEDURE AND PAGE LIMITS**

Re: Docket No. 370

The Court has received the parties' Joint Request for Clarification of Summary Judgment Procedure, and it issues the following rulings:

1.     The parties shall file four briefs *total*, and Plaintiffs will file the opening brief. Therefore, the parties shall proceed with Option One, and they may address which party bears the ultimate burden of proof on any issue in their briefs.

2.     The parties' understanding of the page limitations associated with the motions is incorrect.  Although the Court has directed the parties to proceed by way of cross-motions, when it follows that procedure, it does not deviate from its general page limitations, which limits motions for summary judgment to 25 pages.  *See* Civil Standing Order ¶ 9.  However, given the number of issues involved, the Court will *sua sponte* grant the parties some additional pages to present their arguments to the Court.

Accordingly, Plaintiffs' opening brief shall not exceed 30 pages.  Defendants' cross-motion and opposition shall not exceed 45 pages, Plaintiffs' opposition and reply shall not exceed 40 pages, and Defendants' reply shall not exceed 25 pages.  In addition, the Court admonishes the parties that any footnotes must be in 12 point font, and all objections to evidence must be contained within the parties' briefs.  *See* N.D. Civ. L.Rs. 3-4(c)(2); 7-3(a), (c).

If the parties believe that they will require additional pages to present their arguments, they must submit a request to the Court by no later than 10:00 a.m. on Tuesday April 26, 2016, which provides specific and detailed reasons for needing the additional pages.

**IT IS SO ORDERED.**

Dated: April 25, 2016

_____
JEFFREY S. WHITE
United States District Judge