UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIMAR SYSTEMS INC, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>CISCO SYSTEMS INC, et al.,<br><br>        Defendants. | Case No. 13-cv-01300-JSW<br><br>**ORDER ADMONISHING PARTIES** |

On April 6, 2016, the Court issued an Order in which it relieved the parties of their obligations to provide chambers copies of redacted materials. In that Order, the Court stated that "[g]oing forward, the parties shall submit a chambers copy of the un-redacted version of any document sought to be filed under seal. If only a portion of the document is to be sealed, the party submitting the document shall highlight the portion to be sealed for the Court." (Docket No. Docket No. 357.) The Court continues to receive chambers copies of redacted versions of materials that the parties seek to file under seal. The Court issues this Order to admonish the parties to discontinue that practice in this case. The Court only wishes to receive a *single* chambers copy of documents that are filed. Thus, if the parties have asked that documents be filed under seal, the *single* chambers copy to be submitted to Court should be the un-redacted version, as set forth in the preceding paragraph.

      **IT IS SO ORDERED.**

Dated: April 29, 2016

_____
JEFFREY S. WHITE
United States District Judge