UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIMAR SYSTEMS INC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CISCO SYSTEMS INC, et al.,<br><br>    Defendants. | Case No. 13-cv-01300-JSW  (MEJ)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 287, 367 |

On April 21, 2016, the Court ordered ChriMar to either (a) produce certain emails for which it had failed to meet its burden to establish privilege, or (b) lodge (not file) a brief for *in camera* review addressing the deficiencies noted in that Order. Dkt. No. 367. In response, ChriMar produced certain email to Cisco and submitted its additional brief as to the remaining emails on April 28, 2016. Having reviewed ChriMar's brief, the Court finds it has now met its burden to establish privilege and therefore need not produce any of the remaining emails.

**IT IS SO ORDERED.**

Dated: May 2, 2016

MARIA-ELENA JAMES
United States Magistrate Judge