1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

CHRIMAR SYSTEMS INC, et al.,

Case No. 13-cv-01300-JSW

8

Plaintiffs,

**ORDER GRANTING IN PART ADMINISTRATIVE MOTIONS TO SEAL**

9

v.

10

CISCO SYSTEMS INC, et al.,

Re: Docket Nos. 368, 372

11

Defendants.

12

13       Now before the Court are Defendants' administrative motions to seal portions of their

14   amended answers and counterclaims.  Plaintiffs have submitted a declaration that supports their

15   request to maintain certain portions of the amended answers and counterclaims under seal.  Third-

16   party Clyde Boenke has not filed a declaration within the time required, and the Court has

17   previously found the material he designated as confidential is not sealable.

18       The Cisco Defendants' administrative motion to seal is GRANTED IN PART:  Paragraph

19   46 of the Amended Answer, at page 16, line 5 though page 17, line 5 shall remain under seal.

20   HP's administrative motion to seal is GRANTED IN PART: Paragraph 46 of the Amended

21   Answer at page 14, line 24 through page 15, line 23 shall remain under seal.  Defendants shall file

22   revised redacted versions of all documents addressed in this Order by May 6, 2016.

23   //

24   //

25   //

26   //

27   //

28   //

United States District Court
Northern District of California

1  **It is FURTHER ORDERED that Defendants shall serve a copy of this Order on Mr.**

2  **Boenke and shall file proof of such service with the Court.**

3  **IT IS SO ORDERED.**

4  Dated: May 2, 2016

5

6  _____

7  JEFFREY S. WHITE
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28