UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIMAR SYSTEMS INC, et al., <br>     Plaintiffs, <br> v. <br> CISCO SYSTEMS INC, et al., <br>     Defendants. | Case No. 13-cv-01300-JSW <br><br> **SECOND ORDER ADMONISHING PARTIES AND REQUIRING CERTIFICATION FROM PARTIES** |

On April 6, 2016, the Court issued an Order in which it relieved the parties of their obligations to provide chambers copies of redacted materials. In that Order, the Court stated that "[g]oing forward, the parties shall submit a chambers copy of the un-redacted version of any document sought to be filed under seal. If only a portion of the document is to be sealed, the party submitting the document shall highlight the portion to be sealed for the Court." (Docket No. Docket No. 357.) **The Court continues to receive chambers copies of redacted versions of materials that the parties seek to file under seal. The Court issues this Order to admonish the parties to discontinue that practice in this case.** The parties shall submit a *single* chambers copy of documents that are filed. If that submission includes documents that the parties have requested be filed under seal, the *single* chambers copy to be submitted to Court should be the un-redacted version, as set forth in the preceding paragraph.

//
//
//
//
//

1   It is FURTHER ORDERED that the parties shall submit a certification to the Court that
2   they have read and will comply with this Order by June 6, 2016.
3   **IT IS SO ORDERED.**
4   Dated: May 31, 2016

_____
JEFFREY S. WHITE
United States District Judge