UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIMAR SYSTEMS INC, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>CISCO SYSTEMS INC, et al.,<br><br>  Defendants. | Case No. 13-cv-01300-JSW<br><br>**ORDER CONTINUING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 379 |

The Court HEREBY CONTINUES the hearing on the parties' cross-motions for summary judgment, which is scheduled for hearing on June 24, 2016, to August 5, 2016 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: June 6, 2016

_____
JEFFREY S. WHITE
United States District Judge