1  JEANNE SCHERER, Chief Counsel
   LUCILLE Y. BACA, Assistant Chief Counsel
2  DEREK S. VAN HOFTEN (SBN 226880)
   STACY J. LAU (SBN 254507)
3  BRANDON S. WALKER (SBN 254851)
   MICHAEL A.G. EINHORN (SBN 252462)
4  111 Grand Avenue, Suite 11-100, Oakland, CA  94612
   Telephone:  (510) 433-9100, Facsimile:  (510) 433-9167
5
   Attorneys for Defendants CALIFORNIA DEPARTMENT
6  OF TRANSPORTATION; MALCOLM DOUGHERTY

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 THE COYOTE VALLEY BAND OF POMO      )   NO. 4:15-cv-04987-JSW
   INDIANS OF CALIFORNIA, et al.,      )
12                                     )   **STIPULATION AND [PROPOSED]**
                Plaintiffs,            )   **ORDER TO AMEND CASE**
13                                     )   **SCHEDULE FOR FURTHER**
         v.                            )   **SETTLEMENT DISCUSSIONS**
14                                     )    AS MODIFIED HEREIN AND CONTINUING
   UNITED STATES DEPARTMENT OF         )   Dept.:     Courtroom 5          CASE MANAGEMENT
15 TRANSPORTATION, et al.,             )   Judge:     Hon. Jeffrey S. White   CONFERENCE
                                       )
16              Defendants.            )
                                       )
17                                     )

18

19       WHEREAS, following the May 18, 2016, settlement discussions at the U.S. District Court

20 before Howard Herman, Director of the Court's ADR Program, Plaintiffs and Defendants California

21 Department of Transportation and Malcolm Dougherty ("Caltrans") have exchanged proposed

22 settlement agreements, as previously agreed to by the parties and as reflected in their previous

23 stipulation submitted to this Court (ECF 50);

24       WHEREAS, Plaintiffs and Caltrans agree that the settlement discussions have been

25 productive to date and that further settlement discussions would be worthwhile, and have agreed to

26 such discussions continuing, and possible subsequent settlement meetings as warranted;

27

28
                                          1

WHEREAS, to help facilitate these additional settlement discussions, Plaintiffs and Caltrans agree that an additional short extension of the date for lodging the administrative records in this action is appropriate;

WHEREAS, the requested extension of time for the record will not necessitate any other changes to the current case schedule, which next presents a case management conference on July 8, 2016;

NOW THEREFORE, by and through their undersigned counsel, the parties do hereby stipulate as follows:

1. The date for lodging the administrative records in this action, currently set for June 27, 2016 (ECF 50), shall be extended to July 7, 2016, and any motion to extend that deadline further shall be filed by June 24, 2016.

2. The date for motions regarding disputes over the contents of the administrative records, currently set for July 11 (ECF 51), shall be extended to July 25, 2016.

DATED:   June 17, 2016

JEANNE SCHERER
LUCILLE Y. BACA
DEREK S. VAN HOFTEN
STACY LAU
BRANDON WALKER

By: */s/ Derek S. van Hoften* _____
Attorneys for Defendants
CALIFORNIA DEPT. OF TRANSP.;
MALCOLM DOUGHERTY

DATED:   June 17, 2016

COTCHETT, PITRE & McCARTHY, LLP

By: */s/ Philip L. Gregory*
PHILIP L. GREGORY
Attorneys for Plaintiffs

DATED:   June 17, 2016

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division

By: */s/ David B. Glazer*
DAVID B. GLAZER
Attorney for Federal Defendants

[PROPOSED] ORDER

IT IS HEREBY ORDERED THAT:

Pursuant to stipulation of the parties, the case schedule in this matter is hereby amended as follows:

1. The administrative records in this action shall be lodged by July 7, 2016, and any motions to extend that deadline shall be filed by June 24, 2016.

2. Any motions regarding disputes over the contents of the administrative records shall be filed by July 25, 2016.

3. In light of the pending motion to dismiss, the Court continues the case management conference from July 8, 2016 to August 12, 2016, at 11:00 a.m. A joint case management statement shall be due by August 5, 2016. If any party believes a ruling on the motion would facilitate settlement discussions, that party shall file a notice to that effect by July 1, 2016.

IT IS SO ORDERED.

Dated: June 20, 2016

_____
HON. JEFFREY S. WHITE
United States District Judge

3

STIPULATION AND [PROPOSED] ORDER TO AMEND CASE SCHEDULE FOR FURTHER SETTLEMENT DISCUSSIONS –
Case No. 4:15-cv-04987-JSW