Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California  90071
Telephone:  (213) 680-8400
Facsimile:  (213) 680-8500

Attorneys for Defendants *Cisco Systems, Inc. and Linksys LLC f/k/a/ Cisco Consumer Products LLC*

Robert Walters (*Pro Hac Vice*)
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, D.C. 20005
robertwalters@paulhastings.com
T: 202-551-1700
F: 202-551-0449

Attorneys for Defendant
*Hewlett-Packard Co.*

ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ChriMar Systems Inc., et al.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Cisco Systems Inc., et al.,<br><br>　　　　　Defendants. | Case No.  4:13-cv-01300-JSW<br><br>**STIPULATION FOR ORDER CHANGING TIME OF RESCHEDULED SUMMARY JUDGMENT HEARING DATE SET IN DKT. NO. 405 IN VIEW OF TRIAL CONFLICT AND [PROPOSED] ORDER**<br><br>**[Civil L.R. 6-1, 6-2]**<br><br>Judge: Honorable Jeffrey S. White<br>Magistrate Judge: Honorable Maria-Elena James |

Pursuant to Civil L.R. 6-1 and 6-2, Defendants Cisco Systems, Inc., Linksys LLC, (collectively, "Cisco") and Hewlett-Packard Co. ("HP") (collectively, Cisco and HP are "Defendants") and Plaintiffs ChriMar Systems Inc. d/b/a CMS Technologies and ChriMar Holding Company LLC's (collectively, "ChriMar") join in this Stipulation requesting an order changing the time for the hearing on the parties' cross-motions for summary judgment, which was recently rescheduled by the Court from June 24, 2016 to August 5, 2016 pursuant to Dkt. No. 405, due to a trial conflict in connection with another action currently pending in this District faced by Cisco's lead counsel.

As addressed in the attached Declaration of Brian Paul Gearing, lead counsel for Cisco has a conflict on the rescheduled August 5, 2016 summary judgment hearing date due to a pre-existing trial schedule in another pending litigation in the San Jose Division of this Court, *Nortek Air Solutions, LLC v. DMG Corp., et al.*, Case No. 14-cv-02919-BLF (N.D. Cal.). In light of that conflict, the parties have met and conferred regarding what appear to be the Court's current available hearing dates listed on its online calendar, and have determined that all parties are available for the summary judgment hearing on the following days in July and August: July 15, 2016 and August 19, 2016.

In light of Dkt. No. 405, Defendants propose moving the hearing to August 19, 2016. ChriMar proposes moving the hearing to July 15, 2016. The parties are available on either date, as the Court prefers.

This request is supported by good cause and the parties do not believe this request will affect any other current deadlines in this case, as further addressed in the attached Declaration of Brian Paul Gearing.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that: As stated above, the parties are available to proceed with the hearing on their cross-motions for summary judgment on July 15, 2016 or on August 19, 2016, pending the Court's availability and preference with respect to those dates.

**IT IS SO STIPULATED.**

DATED: June 17, 2016            Respectfully submitted,

By: */s/ Brian Paul Gearing*

Michael W. De Vries
Steven Papazian
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California  90071
Telephone:  (213) 680-8400
Facsimile:  (213) 680-8500

Steven Cherny (*Pro Hac Vice*)
James E. Marina (*Pro Hac Vice*)
Brian Paul Gearing (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

*Attorneys for Defendants
Cisco Systems Inc. and Linksys LLC f/k/a/
Cisco Consumer Products LLC*

McDERMOTT WILL & EMERY LLP
PAUL HASTINGS LLP

By: */s/ Robert J. Walters*
David H. Dolkas (SBN: 111080 )
McDERMOTT WILL & EMERY LLP
275 Middlefield Rd., Suite 100
Menlo Park, CA 94025
ddolkas@mwe.com
djong@mwe.com
T: 650-815-7400
F: 650-815-7401

Robert J. Walters (*Pro Hac Vice*)
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, D.C. 20005
robertswalters@paulhastings.com

1    T: 202-551-1700
     F: 202-551-0449

2    *Attorneys for Defendant*
     *Hewlett-Packard Co.*

3

4    MCKOOL SMITH HENNIGAN
         /s/ Brandon Jordan
5

6    Courtland Reichman
     MCKOOL SMITH HENNIGAN
7    255 Shoreline Drive, Suite 510
     Redwood Shores, CA 94065
8    Telephone: (650)-394-1045
     Facsimile: (650)-394-1422
9    creichman@mckoolsmithhennigan.com

10   Robert Auchter (PRO HAC VICE)
     Benjamin Levi (PRO HAC VICE)
11   Brandon Jordan (PRO HAC VICE)
     McKool Smith P.C.
12   1999 K Street NW, Suite 600
     Washington, DC 20006
13   Telephone: (202) 370-8300
     Fax: (202) 370-8344
14   rauchter@mckoolsmith.com
     blevi@mckoolsmith.com
15   bjordan@mckoolsmith.com
16

17   *Attorneys for Plaintiffs ChriMar Systems*
     *Inc. d/b/a CMS Technologies and ChriMar*
18   *Holding Company, LLC*

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of these documents has been obtained from all parties' counsel.

Dated:  June 17, 2016                                KIRKLAND & ELLIS LLP

                                                         */s/ Brian Paul Gearing*

Brian Paul Gearing (*Pro Hac Vice*)

KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

*Attorneys for Cisco Systems, Inc. and Linksys LLC f/k/a/ Cisco Consumer Products LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1. The hearing on the parties' cross motions for summary judgment, which is currently scheduled for August 5, 2016, is hereby rescheduled to 9:00 a.m. on:

~~[July 15, 2016]~~.

[August 19, 2016]~~.~~

If the Court finds the motions suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

Dated: June 20, 2016      By: *Jeffrey S. White*

Honorable Jeffrey S. White
United States District Court Judge