**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ChriMar Systems Inc. d/b/a CMS Technologies and ChriMar Holding Company, LLC, | Case No. 4:13-cv-1300-JSW (MEJ) |
| Plaintiffs, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| Cisco Systems Inc., Linksys LLC, Hewlett-Packard Co., | Judge: Honorable Jeffrey S. White |
| | Magistrate Judge: Maria-Elena James |
| Defendants. | |

Plaintiffs ChriMar Systems, Inc. d/b/a CMS Technologies and ChriMar Holding Company, LLC ("Chrimar"), and Defendant Hewlett-Packard Co. ("HP"), announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that all of Chrimar's claims against HP, and all of HP's claims against Chrimar, in the above-entitled case are dismissed, with prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

Signed this __12th__ day of __April_____, 2021.

_____
Honorable Jeffrey S. White
United States District Judge